COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00398-CV and 01-14-00413-CV |
| Style: | In re Deerbrook Mall, LLC and |
| | In re Willowbrook Mall (TX) LLC |
| Date motion filed*: | May 30, 2014 |
| Type of motions: | First motions to extend time to file responses to petitions for writ of mandamus |
| Party filing motion: | Real party in interest |
| Document to be filed: | Responses to petitions for writ of mandamus |

If motion to extend time:

| | |
|---|---|
| Original due date: | June 3, 2014 |
| Number of previous extensions granted: | Current Due date |
| Date Requested: | June 10, 2014 |

Ordered that motion is:

☑ Granted

If document is to be filed, document due: **June 10, 2014**

☐ The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature:/s/ Terry Jennings
☑ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: June 2, 2014

November 7, 2008 Revision